to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GRENVILLE KANE, as Trustee of the Trust for META KANE MOURICHON, under the Last Will and Testament of EDITH KANE, Deceased. FLORENCE BREVOORT KANE, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs payable out of the fund. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

AARON L. SEIDMAN, an Infant, by SAMUEL SEIDMAN, His Guardian ad Litem, and SAMUEL SEIDMAN, Respondents, v. YOUR BAKING COMPANY, INC., Sued as " THE YOUR BAKING COMPANY, INC.," Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MURRAY LEITNER, Respondent, for a Peremptory Order of Mandamus against NEW YORK TELEPHONE COMPANY, Appellant. — Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HENRIETTA LIPSCHUTZ, Also Known as HENRIETTA LEIF, Respondent, v. JACOB LIPSCHUTZ, Also Known as JACK LEIF, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

A. D'ANGELO & SONS, INC., Appellant, v. THE CITY OF NEW YORK, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BATTERY & IGNITION NEWS PUBLISHING Co., INC., Appellant, v. R. L. POLK PRINTING Co., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of IRA FINK, Appellant, for a Mandamus Order against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Townley, J., dissents.

BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant the motion.

NEW YORK RAPID TRANSIT CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant the motion.

THORER & HOLLANDER, INC., Respondent, v. IRVING TRUST COMPANY, as Trustee in Bankruptcy of ABRAHAM MORGENSTERN, and Others, Defendants,